IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:15MJ3008 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| -vs- | ) | |
| | ) | |
| Francisco Samuel Hernandez, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Matthew Catlett, as a Criminal Justice Act Training Panel Member, to assist in the defense of Francisco Samuel Hernandez.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Matthew Catlett is hereby assigned to assist AFPD John C. Vanderslice in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Matthew Catlett shall not be eligible to receive compensation for her services in this case.

AFPD John C. Vanderslice shall continue to be primary counsel on behalf of the Defendant, Francisco Samuel Hernandez.

Dated: 2/10/2015

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge